FILED: June 27, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-9337**
**(4:09-cr-00100-D-1)**

In re: MARVETTE ONTRION NEWTON,

Movant.

O R D E R

Marvette Ontrion Newton has filed a motion pursuant to 28 U.S.C. §§ 2244(b), 2255(h) (2012) for authorization to file a second or successive 28 U.S.C. § 2255 (2012) motion. Newton has made a prima facie showing that the new rule of constitutional law announced in Johnson v. United States, 135 S. Ct. 2551 (2015), and held to apply retroactively to cases on collateral review by Welch v. United States, 136 S. Ct. 1257 (2016), may apply to his case. See In re Hubbard, __ F.3d __, No. 15-276, 2016 WL 3181417 (4th Cir. June 8, 2016). We grant authorization for Newton to file a second or successive § 2255 motion, thus permitting consideration of the motion by the district court in the first instance. The one-year limitations period of 28 U.S.C. § 2255(f)(3) for filing

a § 2255 motion raising a claim relying on the Supreme Court's decision in <u>Johnson</u> expires on June 26, 2016.

Entered at the direction of the panel:  Judge Motz, Judge Agee, and Judge Floyd.

For the Court

<u>/s/ Patricia S. Connor, Clerk</u>

2